[No. 64177-8-I.  Division One.  November 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ERAS-DUQUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04054-9, Catherine D. Shaffer, J., entered August 24, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.

[No. 64192-1-I.  Division One.  November 15, 2010.]

TELEKENEX IXC, INC., *Respondent*, v. CHARLOTTE RUSSE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-22435-8, Julie A. Spector, J., entered August 27, 2009. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.

[No. 64208-1-I.  Division One.  November 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CELSO ARNOLD GRAMAJO-MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-13372-5, Theresa B. Doyle, J., entered September 21, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 64212-0-I.  Division One.  November 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH PERCY KLINGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04124-3, Michael J. Fox, J., entered September 23, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler and Spearman, JJ.